# IN THE UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF ARKANSAS
# CENTRAL DIVISION

**ALI BEY**                                                                          **PLAINTIFF**

**v.**                          **4:20-CV-00045-BRW**

**JUDGE VICTOR FLEMING**                                    **DEFENDANT**

## ORDER

Plaintiff is suing Judge Vic Fleming because, based on the "Treaty of Peace and Friendship [between] Morocco/Moors and United States," his court had no jurisdiction preside over a traffic citation she received for driving without tags and driving without a license.[1]

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[2] Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 13th day of January, 2020.

                                           Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).